**U.S. DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **West Coast Productions, Inc.** ) | |
| 10040 Remmet Ave. ) | |
| Chatsworth, CA 91311 ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **Case Number 1:11-cv-00055-JEB-JMF** |
| ) | |
| **DOES 1 – 955** ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

**STATUS REPORT**

Plaintiff hereby submits its first status report.  Plaintiff has issued subpoenas to Optimum Online, Qwest, Verizon, Wide Open West and Windstream.  No data has yet been provided.

**DATED**:  August 10, 2011

                      Respectfully submitted,

                      West Coast Productions, Inc.

                      By Counsel

                      By:
                      /s/_____

                      Ellis L. Bennett, Bar #479059
                      Dunlap Grubb & Weaver, PLLC
                      199 Liberty Street, SW
                      Leesburg, VA 20175
                      ebennett@dglegal.com
                      703-777-7319 (telephone)
                      703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)

*Attorney for the Plaintiff*