UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WEST COAST PRODUCTIONS, INC.,**

   **Plaintiff,**

      v.                              Civil Action No. 11-55 (JEB/JMF)

**DOES 1-1,434,**

   **Defendants.**

### ORDER

In accordance with the accompanying Memorandum Opinion, the following is, hereby,

**ORDERED:**

1. Plaintiff shall, within fourteen (14) days of the date of this Order, forward a copy of it to all primary or intermediary ISPs that have or will be served with Rule 45 subpoenas in this case.

2. All primary or intermediary ISPs that have or will be served with Rule 45 subpoenas in this case will, within five (5) days of receiving this Order from plaintiff, forward a copy of it to all subscribers identified by plaintiff as putative infringers of its motion picture copyright, accompanied by the attached Notice. The ISPs shall revise the Notice to include the information that presently appears in italics.

3. Upon receipt of the actual names of the putative infringers, plaintiff shall name as defendants only those persons that it can establish, in good faith and consistent with the requirements of Rule 11 of the Federal Rules of Civil Procedure, are

properly subject to this Court's personal jurisdiction. Plaintiff must also establish that venue of its lawsuit against the putative infringers is properly laid in this judicial district.

4. Plaintiff may not engage in any settlement discussions with any Doe defendants identified by the ISPs.

5. <u>Plaintiff's Motion for Extension of Time to Name and Serve Defendants [Fed. R. Civ. P. 4(m)]</u> [#16] is **GRANTED.**

6. Plaintiff's <u>Renewed Motion for Leave to Take *Additional* Discovery Prior to Rule 26(f) Conference; Memorandum of Points and Authorities in Support Thereof</u> [#17] is **GRANTED.**

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE